# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

March 29, 2011

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Spokane

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 29 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

The Honorable Robert H. Whaley
Senior U.S. District Court Judge
Eastern District of Washington
Spokane, WA

RE: SAMPLES, Thomas
Docket No.: 2:07CR00037-001 -RHW
**REQUEST FOR RELEASE FROM RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**

Dear Judge Whaley:

Mr. Samples began his RRC placement on December 6, 2010. Since beginning his RRC placement, Mr. Samples has found an appropriate release address which was investigated by the undersigned; obtained full-time employment; saved enough funds to purchase clothing and other basic necessities; and has had no issues relating to non-compliance.

He has consistently followed all rules and requirements of the RRC facility. He has been participating in drug testing since placement at the RRC facility, with no indication of illicit drug use. Based on the above factors, it appears Mr. Samples is taking the necessary steps to ensure his reentry back into the community is successful.

Therefore, the probation office would respectfully recommend Mr. Samples be released from the RRC program with all other conditions of supervised release to remain in effect. Please advise this officer should Your Honor require a different course of action, or require a Court appearance by Mr. Samples.

**RE: Samples, Thomas**
**March 29, 2011**
**Page 2**

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

s/Samuel Najera          03/29/2011
Samuel Najera            Date
U.S. Probation Officer

APPROVED BY:

s/M. D. Elvin            03/29/2011
M.D. Elvin               Date
Deputy Chief U.S. Probation Officer

SN/pc

THE COURT ORDERS

[ ] No Action
[✓] Release from Residential Reentry Center Placement
[ ] Other

_____
Signature of Judicial Officer

3/29/11
Date