PROB 12C
(7/93)

Report Date: May 29, 2012

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 30 2012

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Thomas R. Samples    Case Number: 2:07CR00037-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 8/6/2007

| | |
|---|---|
| Original Offense: | Possession of an Unregistered Firearm, 26 U.S.C. § 5841, 5861(d), 5871, and 5845(a)(5) and (e) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 41 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | 5/22/2012 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: | 3/21/2015 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 20**: You shall reside in a residential reentry center (RRC) for a period of up to 90 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility. |
| | **Supporting Evidence**: On May 29, 2012, Mr. Samples left the undersigned officer a voice mail stating that he had left the Spokane RRC. Confirmation with the RRC director confirmed that at 6:45 a.m. on May 29, 2012, Mr. Samples left the Spokane RRC without approval, and was removed from the program. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/29/2012

s/M. D. Elvin

M.D. Elvin
Deputy Chief U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/30/2012

Date