PROB 12C
(7/93)

Report Date: August 20, 2013

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 2 0 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas R. Samples         Case Number: 2:07CR00037-001

Address of Offender:

Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 8/6/2007

| | |
|---|---|
| Original Offense: | Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d), 5871, and 5845(a)(5) and (e) |
| Original Sentence: | Prison - 41 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Defense Attorney: | Roger Peven |

Type of Supervision: Supervised Release

Date Supervision Commenced: 4/4/2013

Date Supervision Expires: 4/3/2015

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On August 16, 2013, Thomas Samples was terminated from inpatient substance abuse treatmet in Buena, Washington. To date, he has failed to notify the U.S. Probation Office of a change in his address. |
| 2 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: On August 16, 2013, Thomas Samples was terminated from inpatient substance abuse treatment for violating the rules of the facility. Specifically, he was terminated for tattooing another patient at the treatment facility with a homemade tattoo gun. |

Prob12C
Re: Samples, Thomas R.
August 20, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/20/2013

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/20/13
Date