PROB 12C
(7/93)

Report Date: November 7, 2013

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 0 7 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas R. Samples            Case Number: 0980 2:07CR00037-001

Address of Offender: ▓▓▓▓▓▓▓▓▓ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming, Nielsen, Senior U.S. District Judge

Date of Original Sentence: August 6, 2007

| | | |
|---|---|---|
| Original Offense: | Possession of an Unregistered Firearm, 26 U.S.C. § 5841, 5861(d), 5871, and 5845(a)(5) and (e) | |
| Original Sentence: | Prison 41 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: April 4, 2013 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: April 3, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number         Nature of Noncompliance

1        **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

        **Supporting Evidence**: On November 6, 2013, Thomas Samples was provided with a bus ticket, and instructions to report to an inpatient substance abuse facility in Western Washington. Mr. Samples failed to report to the inpatient treatment facility, and his current whereabouts are unknown. He has not reported a change of address to the U.S. Probation Office.

2        **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

Prob12C
Re: Samples, Thomas R.
November 7, 2013
Page 2

**Supporting Evidence**: On November 7, 2013, Mr. Samples was to commence inpatient substance abuse treatment at Seadrunar Seattle Drug & Narcotic Center. Thomas Samples failed to report to the facility as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/07/2013

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Nov 7 2013
Date